**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 20, 2007

United States District Court
for the Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

**FILED**

NOV 2 6 2007
Nov 26, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: CV 07-03760 MHP  JULIANO MAGNONN BERSANI-v-BAYER CORPORATION
   MDL No. 986 In re: "Factor VIII or IX Concentrate Blood Products" Products Liability
   Litigation **(C07-6268)**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒  Certified copy of docket entries.

☒  Certified copy of Transferral Order.

☒  Original case file documents.

☒  Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Gina Agustine*

by: Gina Agustine-Rivas
Case Systems Administrator

Enclosures
Copies to counsel of record

ADRMOP, CLOSED, E-Filing, STAYED, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-03760-MHP
### Internal Use Only

Bersani v. Bayer Corporation et al  
Assigned to: Hon. Marilyn H. Patel  
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/20/2007  
Date Terminated: 11/20/2007  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Juliano Magnonn Bersani**   represented by **Kent L. Klaudt**  
Lieff, Cabraser, Heimann & Bernstein, LLP  
275 Battery St., 30th Floor  
San Francisco, CA 94111  
415-956-1000  
Fax: 415-956-1008  
Email: kklaudt@lchb.com  
*ATTORNEY TO BE NOTICED*

**FILED**  
**NOV 2 6 2007**  
Nov 26, 2007  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

V.

**Defendant**

**Bayer Corporation**  
*successor to Cutter Biological*

represented by **Duncan (James) Barr**  
O'Connor Cohn Dillon & Barr  
2405 16th Street  
San Francisco, CA 94124  
415-281-8888  
Email: dbarr@ocdb.com  
*ATTORNEY TO BE NOTICED*

**Geoffrey Richard Wagner Smith**  
1350 I Street NW  
Suite 900  
Washington, DC 20005  
202-625-1224  
Fax: 202-333-1637  
Email: GRWSlawyer@aol.com  
*ATTORNEY TO BE NOTICED*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.  
ATTEST:  
RICHARD W. WIEKING  
Clerk, U.S. District Court  
Northern District of California  
by GINA AGUSTINE-RIVAS  
Deputy Clerk  
Date NOV 20 2007

**Defendant**

**Baxter Healthcare Corporation**  
*and its Hyland Division*

represented by **Ginger Florence Heyman Pigott**  
Reed Smith LLP

                                                                                                355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
213-457-8027
Fax: 213-4578080
Email: gheyman@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baxter International, Inc.**
*successor to Immundo-U.S.,Inc.*

represented by **Ginger Florence Heyman Pigott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baxter World Trade Corporation**

represented by **Ginger Florence Heyman Pigott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Armour Pharmaceutical Company**

**Defendant**

**Aventis Behring LLC**

**Defendant**

**Aventis Inc.**

**Defendant**

**Alpha Therapeutic Corporation**

represented by **Kevin James Stack, Esq.**
Knapp Petersen & Clarke
A Professional Corporation
500 North Brand Boulevard
20th Floor
Glendale, CA 91203-1904
(818) 547-5168
Fax: 818-547-5329
Email: kjs@kpclegal.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2007 | ●1 | COMPLAINT /issued summons against Alpha Therapeutic Corporation, Bayer Corporation, Baxter Healthcare Corporation, Baxter International, Inc., Baxter World Trade Corporation, Armour Pharmaceutical Company, Aventis Behring LLC, Aventis Inc. ( Filing fee $ 350, receipt number 34611008641.). Filed byJuliano Magnonn Bersani. (ga, COURT STAFF) (Filed on 7/20/2007) Additional attachment(s) added on 8/9/2007 (ga, COURT STAFF). (Entered: 07/24/2007) |
| | | |

| | | |
|---|---|---|
| 07/20/2007 | ●2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/25/2007. Case Management Conference set for 11/1/2007 10:00 AM.. Signed by Judge Maria-Elena James on 7/20/07. (Attachments: # 1 Judge Standing Order# 2 Court Standing Order# 3 Consent/Decline Form)(ga, COURT STAFF) (Filed on 7/20/2007) (Entered: 07/24/2007) |
| 07/20/2007 | ● | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 7/20/2007) (Entered: 07/24/2007) |
| 08/22/2007 | ●3 | ANSWER to Complaint with Jury Demand byBayer Corporation. (Barr, Duncan (James)) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/22/2007 | ●4 | ANSWER to Complaint with jury demand byBaxter Healthcare Corporation. (Pigott, Ginger) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/22/2007 | ●5 | ANSWER to Complaint with jury demand byBaxter World Trade Corporation. (Pigott, Ginger) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/22/2007 | ●6 | ANSWER to Complaint with jury demand byBaxter International, Inc.. (Pigott, Ginger) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/22/2007 | ●7 | NOTICE by Baxter Healthcare Corporation, Baxter International, Inc., Baxter World Trade Corporation *of Related Cases and Notice of Pendency of Other Action or Proceeding* (Pigott, Ginger) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/22/2007 | ●8 | DEMAND for Trial by Jury by Baxter Healthcare Corporation, Baxter International, Inc., Baxter World Trade Corporation. (Pigott, Ginger) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/22/2007 | ●9 | Certificate of Interested Entities by Ginger Florence Heyman Pigott *of Defendants Baxter Healthcare Corporation, Baxter International, Inc. and Baxter World Trade Corporation* (Pigott, Ginger) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/23/2007 | ●10 | NOTICE by Baxter Healthcare Corporation, Baxter International, Inc., Baxter World Trade Corporation *for Application for Admission of Richard L. Berkman Pro Hac Vice* (Pigott, Ginger) (Filed on 8/23/2007) (Entered: 08/23/2007) |
| 08/23/2007 | ●11 | Proposed Order *Granting Application for Admission of Richard L. Berkman Pro Hac Vice* by Baxter Healthcare Corporation, Baxter International, Inc., Baxter World Trade Corporation. (Pigott, Ginger) (Filed on 8/23/2007) (Entered: 08/23/2007) |
| 08/23/2007 | ●12 | ORDER FOR BAXTER DEFENDANTS TO FILE CONSENT/DECLINATION re 10 Notice (Other) filed by Baxter International, Inc., Baxter World Trade Corporation, Baxter Healthcare Corporation. Signed by Judge Maria-Elena James on 8/23/2007. (mejlc1, COURT STAFF) (Filed on 8/23/2007) (Entered: 08/23/2007) |
| 08/31/2007 | ●13 | First Declination to Proceed Before a U.S. Magistrate Judge by Baxter Healthcare Corporation, Baxter International, Inc., Baxter World Trade Corporation. (Pigott, Ginger) (Filed on 8/31/2007) (Entered: 08/31/2007) |

| 08/31/2007 | 14 | CONSENT to Proceed Before a US Magistrate Judge by Bayer Corporation.. (Smith, Geoffrey) (Filed on 8/31/2007) (Entered: 08/31/2007) |
|---|---|---|
| 09/07/2007 | 15 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bjt, COURT STAFF) (Filed on 9/7/2007) (Entered: 09/07/2007) |
| 09/10/2007 | 16 | ORDER REASSIGNING CASE. Case reassigned to Judge Marilyn H. Patel for all further proceedings. Judge Maria-Elena James no longer assigned to the case. Signed by Executive Committee on 09/10/07. (mab, COURT STAFF) (Filed on 9/10/2007) (Entered: 09/10/2007) |
| 09/11/2007 | 17 | CLERK'S NOTICE: Case Management Conference set for 11/5/2007 04:00 PM before the Hon. Marilyn Hall Patel; Case Management Statement due by 10/26/2007. (Attachments: # 1) (awb, COURT-STAFF) (Filed on 9/11/2007) (Entered: 09/11/2007) |
| 09/11/2007 | 18 | ANSWER to Complaint with Jury Demand byAlpha Therapeutic Corporation. (Stack, Kevin) (Filed on 9/11/2007) (Entered: 09/11/2007) |
| 09/12/2007 | 19 | SUMMONS Returned Executed by Juliano Magnonn Bersani. Baxter World Trade Corporation served on 8/2/2007, answer due 8/22/2007. (Klaudt, Kent) (Filed on 9/12/2007) Modified on 9/19/2007 (gba, COURT STAFF). (Entered: 09/12/2007) |
| 09/12/2007 | 20 | SUMMONS Returned Executed by Juliano Magnonn Bersani. Baxter International, Inc. served on 8/2/2007, answer due 8/22/2007. (Klaudt, Kent) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 09/12/2007 | 21 | SUMMONS Returned Executed by Juliano Magnonn Bersani. Bayer Corporation served on 8/2/2007, answer due 8/22/2007. (Klaudt, Kent) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 09/12/2007 | 22 | SUMMONS Returned Executed by Juliano Magnonn Bersani. Baxter Healthcare Corporation served on 8/3/2007, answer due 8/23/2007. (Klaudt, Kent) (Filed on 9/12/2007) Modified on 9/19/2007 (gba, COURT STAFF). (Entered: 09/12/2007) |
| 09/12/2007 | 23 | SUMMONS Returned Executed by Juliano Magnonn Bersani. Alpha Therapeutic Corporation served on 8/2/2007, answer due 8/22/2007. (Klaudt, Kent) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 09/12/2007 | 24 | SUMMONS Returned Executed by Juliano Magnonn Bersani. Armour Pharmaceutical Company served on 8/2/2007, answer due 8/22/2007. (Klaudt, Kent) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 09/12/2007 | 25 | SUMMONS Returned Executed by Juliano Magnonn Bersani. Aventis Behring LLC served on 8/3/2007, answer due 8/23/2007. (Klaudt, Kent) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 09/18/2007 | 26 | MOTION to Stay filed by Bayer Corporation. Motion Hearing set for 10/15/2007 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Smith, Geoffrey) (Filed on 9/18/2007) (Entered: 09/18/2007) |

| | | |
|---|---|---|
| 09/18/2007 | 27 | Proposed Order re 26 Motion to Stay by Bayer Corporation. (Smith, Geoffrey) (Filed on 9/18/2007) Modified on 9/20/2007 (gba, COURT STAFF). (Entered: 09/18/2007) |
| 09/19/2007 | 28 | Re-Notice of Motion Hearing Date by Bayer Corporation re 26 MOTION to Stay (Smith, Geoffrey) (Filed on 9/19/2007) Modified on 9/20/2007 (gba, COURT STAFF). (Entered: 09/19/2007) |
| 09/20/2007 |  | Set/Reset Deadlines as to 26 MOTION to Stay. Motion Hearing set for 10/22/2007 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (gba, COURT STAFF) (Filed on 9/20/2007) (Entered: 09/20/2007) |
| 10/17/2007 | 29 | ORDER by Judge Marilyn Hall Patel granting 26 defendant's Motion to Stay pending MDL determination (Attachments: # 1) (awb, COURT-STAFF) (Filed on 10/17/2007) (Entered: 10/17/2007) |
| 11/20/2007 | 30 | TRANSFER ORDER by MDL Panel TRANSFERRING CASE to US District Court for the Northern District of Illinois (MDL No. 986 In re: "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation) **C07-6268**. (gba, COURT STAFF) (Filed on 11/20/2007) (Entered: 11/20/2007) |
| 11/20/2007 | 31 | CLERK'S NOTICE: Certified copy of transfer and docket sheet along with the original case file sent to USDC for the Northern District of Illinois. (gba, COURT STAFF) (Filed on 11/20/2007) (Entered: 11/20/2007) |



FILED
AUGUST 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG 14 2007

FILED
CLERK'S OFFICE

JUDGE GRADY

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL NO. 986**

IN RE "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation

**07 C 6268**

*Juliano Magnonn Bersani v. Bayer Corp., et al.,* N.D. California, C.A. No. 3:07-3760

### CONDITIONAL TRANSFER ORDER (CTO-101)

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 261 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 30 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.
Date Filed: NOV 20 2007
RICHARD W. WIEKING, Clerk
By: GINA AGUSTINE-RIVAS, Deputy Clerk