# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In the Matter of
JULIANO MAGNONN BERSANI vs. BAYER CORPORATION, et al.

Case Number: 1:07-cv-06268

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL, INC. and BAXTER WORLD TRADE CORPORATION

| (A) | | (B) | |
|---|---|---|---|
| **SIGNATURE** s/ RICHARD L. BERKMAN | | **SIGNATURE** | |
| **NAME** Richard L. Berkman | | **NAME** | |
| **FIRM** Dechert LLP | | **FIRM** | |
| **STREET ADDRESS** 2929 Arch Street | | **STREET ADDRESS** | |
| **CITY/STATE/ZIP** Philadelphia, PA  19104-2808 | | **CITY/STATE/ZIP** | |
| **TELEPHONE NUMBER** 215.994.4000 | **FAX NUMBER** 215.994.2222 | **TELEPHONE NUMBER** | **FAX NUMBER** |
| **E-MAIL ADDRESS** richard.berkman@dechert.com | | **E-MAIL ADDRESS** | |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | |
| **MEMBER OF TRIAL BAR?** | YES ☐  NO ☒ | **MEMBER OF TRIAL BAR?** | YES ☐  NO ☐ |
| **TRIAL ATTORNEY?** | YES ☒  NO ☐ | **TRIAL ATTORNEY?** | YES ☐  NO ☐ |
| | | **DESIGNATED AS LOCAL COUNSEL?** | YES ☐  NO ☐ |
| **(C)** | | **(D)** | |
| **SIGNATURE** | | **SIGNATURE** | |
| **NAME** | | **NAME** | |
| **FIRM** | | **FIRM** | |
| **STREET ADDRESS** | | **STREET ADDRESS** | |
| **CITY/STATE/ZIP** | | **CITY/STATE/ZIP** | |
| **TELEPHONE NUMBER** | **FAX NUMBER** | **TELEPHONE NUMBER** | **FAX NUMBER** |
| **E-MAIL ADDRESS** | | **E-MAIL ADDRESS** | |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | |
| **MEMBER OF TRIAL BAR?** | YES ☐  NO ☐ | **MEMBER OF TRIAL BAR?** | YES ☐  NO ☐ |
| **TRIAL ATTORNEY?** | YES ☐  NO ☐ | **TRIAL ATTORNEY?** | YES ☐  NO ☐ |
| **DESIGNATED AS LOCAL COUNSEL?** | YES ☐  NO ☐ | **DESIGNATED AS LOCAL COUNSEL?** | YES ☐  NO ☐ |